RYAN *et ux.* v. WESSELS.

1. STATUTE CONSTRUED. Following *Hannahs v. Felt, (supra).*

*Appeal from Tama District Court.*

WEDNESDAY, OCTOBER 7.

AN action of slander commenced by attachment, under an allegation that the defendant was a non-resident.

A motion was made by the defense for a continuance of the cause and a dissolution of the attachment, upon the ground that the defendant was in the military service of the country, being a member, as shown by affidavits, of Company B., of the 28th regiment of the Iowa volunteer infantry. The motion was sustained as to the continuance and overruled as to releasing the property under the attachment. From the latter order the defendant appeals.

*G. R. Struble* for the appellant.

*I. L. Allen* for the appellee.

LOWE, J.—The above motion to release the property from the operation of the attachment lien was founded upon the act to exempt the property of Iowa volunteers in the military service of the United States, from levy or sale, approved April 7th, 1862. Session Laws, p. 128.

We have already held at this term, in the case of *Hannahs v. Felt* that the statute referred to does not contemplate or embrace the process or levies of attachment, and, therefore, in following that decision, the order below overruling the motion will be

Affirmed.